UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

DAVID E. KAPLAN, ROXY D. SULLIVAN,
LINDSEY RANKIN, MICHAEL S. ALLEN,
GARY W. MUENSTERMAN, and CHI-PIN
HSU, Individually and on Behalf of All Others
Similarly Situated,

      Plaintiffs,

  - against -

S.A.C. CAPITAL ADVISORS, L.P., S.A.C.
CAPITAL ADVISORS, INC., CR INTRINSIC
INVESTORS, LLC, STEVEN A. COHEN,
MATHEW MARTOMA, and SIDNEY
GILMAN,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

No. 12 Civ. 9350 (VM)

**ECF CASE**

## NOTICE OF MOTION OF THE KAPLAN GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL

PLEASE TAKE NOTICE that, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), plaintiffs David E. Kaplan, Roxy D. Sullivan, Lindsey Rankin, Michael S. Allen and Chi-Pin Hsu (collectively, the "Kaplan Group"), hereby move this Court on a date and at such time as may be designated by the Court, at the Daniel Patrick Moynihan Courthouse of the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, for an Order appointing the Kaplan Group as Lead Plaintiff in this consolidated action and any subsequently filed related cases, and approving the Kaplan Group's selection of Lead Counsel.

This Motion is based on the accompanying Memorandum of Law in support thereof, the Declaration of Ethan D. Wohl dated February 19, 2013, and exhibits annexed thereto, the Joint Declaration of the members of the Kaplan Group, all prior pleadings and proceedings herein, and such other written or oral argument as may be permitted by the Court.

Dated: New York, New York
February 19, 2013

**WOHL & FRUCHTER LLP**

By: *Ethan Wohl*
Ethan D. Wohl
Krista T. Rosen
Sara J. Wigmore
570 Lexington Avenue, 16th Floor
New York, New York 10022
Telephone: (212) 758-4000
Facsimile: (212) 758-4004

Marc I. Gross
Jason S. Cowart
Emma Gilmore
**POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

*Attorneys for Movants David E. Kaplan, Roxy D. Sullivan, Lindsey Rankin, Michael S. Allen and Chi-Pin Hsu and Proposed Co-Lead Counsel*