UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID E. KAPLAN, ROXY D. SULLIVAN, LINDSEY RANKIN, MICHAEL S. ALLEN, GARY W. MUENSTERMAN, and CHI-PIN HSU, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>    - against -<br><br>S.A.C. CAPITAL ADVISORS, L.P., S.A.C. CAPITAL ADVISORS, INC., CR INTRINSIC INVESTORS, LLC, STEVEN A. COHEN, MATHEW MARTOMA, and SIDNEY GILMAN,<br><br>       Defendants. | No. 12 Civ. 9350 (VM)<br><br>ECF CASE |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for defendants S.A.C. Capital Advisors, L.P., S.A.C. Capital Advisors, Inc., CR Intrinsic Investors, LLC, and Steven A. Cohen.

Dated: March 18, 2013
New York, New York

            PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

            By: /s/ Daniel J. Kramer
              Daniel J. Kramer
              1285 Avenue of the Americas
              New York, New York 10019
              Tel.: (212) 373-3000
              dkramer@paulweiss.com

*Attorneys for Defendants S.A.C. Capital Advisors, L.P., S.A.C. Capital Advisors, Inc., CR Intrinsic Investors, LLC, and Steven A. Cohen*