UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID E. KAPLAN, ROXY D. SULLIVAN, LINDSEY RANKIN, MICHAEL S. ALLEN, GARY W. MUENSTERMAN, and CHI-PIN HSU, Individually and on Behalf of All Others Similarly Situated,

        Plaintiffs,

- against -

S.A.C. CAPITAL ADVISORS, L.P., S.A.C. CAPITAL ADVISORS, INC., CR INTRINSIC INVESTORS, LLC, STEVEN A. COHEN, MATHEW MARTOMA, and SIDNEY GILMAN,

        Defendants.

No. 12 Civ. 9350 (VM)

ECF CASE

## CORPORATE DISCLOSURE STATEMENT

    Defendant S.A.C. Capital Advisors, L.P. states that it is a limited partnership that is not subject to Rule 7.1 of the Federal Rules of Civil Procedure.

        Respectfully submitted,

Dated: March 18, 2013

| | |
|---|---|
| WILLKIE FARR & GALLAGHER LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 787 Seventh Avenue | 1285 Avenue of the Americas |
| New York, New York 10019 | New York, New York 10019 |
| (212) 728-8000 | (212) 373-3000 |
| By: _/s/ Martin Klotz_ | By: _/s/ Daniel J. Kramer_ |
| Martin Klotz | Daniel J. Kramer |
| Michael S. Schachter | Michael E. Gertzman |
| mklotz@willkie.com | dkramer@paulweiss.com |
| mschacter@willkie.com | mgertzman@paulweiss.com |

*Attorneys for Defendants S.A.C. Capital Advisors, L.P., S.A.C. Capital Advisors, Inc., CR Intrinsic Investors, LLC, and Steven A. Cohen*