UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID E. KAPLAN, ROXY D. SULLIVAN, LINDSEY RANKIN, MICHAEL S. ALLEN, GARY W. MUENSTERMAN, and CHI-PIN HSU, Individually and on Behalf of All Others Similarly Situated,

           Plaintiffs,

- against -

S.A.C. CAPITAL ADVISORS, L.P., S.A.C. CAPITAL ADVISORS, INC., CR INTRINSIC INVESTORS, LLC, STEVEN A. COHEN, MATHEW MARTOMA, and SIDNEY GILMAN,

           Defendants.

No. 12 Civ. 9350 (VM)

ECF CASE

---

## CORPORATE DISCLOSURE STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant CR Intrinsic Investors, LLC, by its undersigned counsel, hereby states that defendant CR Intrinsic Investors, LLC, a non-governmental corporate party, is wholly-owned by S.A.C. Capital Advisors, L.P. and that no publicly held corporation owns 10% or more of its stock.

                                Respectfully submitted,

Dated: March 18, 2013

WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

By: _____
    Martin Klotz
    Michael S. Schachter
    mklotz@willkie.com
    mschacter@willkie.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000

By: _____
    Daniel J. Kramer
    Michael E. Gertzman
    dkramer@paulweiss.com
    mgertzman@paulweiss.com

*Attorneys for Defendants S.A.C. Capital Advisors, L.P., S.A.C. Capital Advisors, Inc., CR Intrinsic Investors, LLC, and Steven A. Cohen*