UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID E. KAPLAN, ROXY D. SULLIVAN, LINDSEY RANKIN, MICHAEL S. ALLEN, GARY W. MUENSTERMAN, and CHI-PIN HSU, Individually and on Behalf of All Others Similarly Situated,

        Plaintiffs,

- against -

S.A.C. CAPITAL ADVISORS, L.P., S.A.C. CAPITAL ADVISORS, INC., CR INTRINSIC INVESTORS, LLC, STEVEN A. COHEN, MATHEW MARTOMA, and SIDNEY GILMAN,

        Defendants.

No. 12 Civ. 9350 (VM)

ECF CASE

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant S.A.C. Capital Advisors, Inc., by its undersigned counsel, hereby states that defendant S.A.C. Capital Advisors, Inc., a non-governmental corporate party, has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

Dated: March 18, 2013

| WILLKIE FARR & GALLAGHER LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
|---|---|
| 787 Seventh Avenue<br>New York, New York 10019<br>(212) 728-8000 | 1285 Avenue of the Americas<br>New York, New York 10019<br>(212) 373-3000 |
| By: _____<br>    Martin Klotz<br>    Michael S. Schachter<br>    mklotz@willkie.com<br>    mschacter@willkie.com | By: _____<br>    Daniel J. Kramer<br>    Michael E. Gertzman<br>    dkramer@paulweiss.com<br>    mgertzman@paulweiss.com |

*Attorneys for Defendants S.A.C. Capital Advisors, L.P., S.A.C. Capital Advisors, Inc., CR Intrinsic Investors, LLC, and Steven A. Cohen*