UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
DAVID E. KAPLAN, ROXY D.            :
SULLIVAN, LINDSEY RANKIN,           :
MICHAEL S. ALLEN, GARY W.           :
MUENSTERMAN, and CHI-PIN            :     12 Cv. 9350 (VM)
HSU, Individually and on            :
Behalf of All Others                :     **ORDER**
Similarly Situated,                 :
                                    :
              Plaintiffs,           :
                                    :
     - against -                    :
                                    :
S.A.C. CAPITAL ADVISORS, L.P.,      :
S.A.C. CAPITAL ADVISORS, INC.,      :
CR INTRINSIC INVESTORS, LLC,        :
STEVEN A. COHEN, MATHEW MARTOMA,    :
and SIDNEY GILMAN,                  :
                                    :
              Defendants.           :
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/13

**VICTOR MARRERO, United States District Judge.**

ORDER APPOINTING DAVID E. KAPLAN, ROXY D. SULLIVAN, LINDSEY RANKIN, MICHAEL S. ALLEN, and CHI-PIN HSU AS LEAD PLAINTIFFS AND APPROVING THEIR SELECTION OF COUNSEL

Plaintiffs David E. Kaplan, Roxy D. Sullivan, Lindsey Rankin, Michael S. Allen and Chi-Pin Hsu have filed a motion for appointment of lead plaintiff and appointment of lead counsel pursuant to the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995. Upon consideration of the motion and the memorandum and declarations in support, the Court finds good cause to appoint David E. Kaplan, Roxy D.

Sullivan, Lindsey Rankin, Michael S. Allen, and Chi-Pin Hsu as Lead Plaintiffs, and the law firms of Wohl & Fruchter LLP and Pomerantz Grossman Hufford Dahlstrom & Gross LLP as Co-Lead Counsel for the class. Accordingly, it is hereby

**ORDERED** that David E. Kaplan, Roxy D. Sullivan, Lindsey Rankin, Michael S. Allen, and Chi-Pin Hsu are appointed as Lead Plaintiffs for the class pursuant to Section 21D(a)(3) of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995; and it is further

**ORDERED** that the law firms of Wohl & Fruchter LLP and Pomerantz Grossman Hufford Dahlstrom & Gross LLP are appointed as Co-Lead Counsel for the class, pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

**SO ORDERED.**

Dated:    New York, New York
          15 April 2013

                                          Victor Marrero
                                          U.S.D.J.