☼AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

David E. Kaplan, et al.
          Plaintiff(s),
     v.
S.A.C. Capital Advisors, L.P., et al.
          Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 12 Civ. 9350 (VM)

Notice is hereby given that, subject to approval by the court, __Mathew Martoma__ substitutes
(Party(s) Name)

__Richard M. Strassberg__, State Bar No. __2247716__ as counsel of record in
(Name of New Attorney)

place of __Charles A. Stillman, Nathaniel Z. Marmur, and Scott M. Himes__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     Goodwin Procter LLP
    Address:     The New York Times Building, 620 Eighth Avenue, New York, NY 10018-1405
    Telephone:     (212) 813-8800     Facsimile (212) 355-3333
    E-Mail (Optional):     RStrassberg@goodwinprocter.com

I consent to the above substitution.
Date: 4/3/13
    *(Signature of Party(s))*

I consent to being substituted.
Date: 4/3/13
    *(Signature of Former Attorney(s))*

I consent to the above substitution.
Date: 4/3/13
    *(Signature of New Attorney)*

The substitution of attorney is hereby approved and so ORDERED.

Date: 4-17-13
    Victor Marrero
    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID E. KAPLAN, ROXY D. SULLIVAN, LINDSEY RANKIN, MICHAEL S. ALLEN, GARY W. MUENSTERMAN, and CHI-PIN HSU, Individually and on Behalf of All Others Similarly Situated,<br><br>                                        Plaintiffs,<br><br>       -against-<br><br>S.A.C. CAPITAL ADVISORS, L.P., S.A.C. CAPITAL ADVISORS, INC., CR INTRINSIC INVESTORS, LLC, STEVEN A. COHEN, MATHEW MARTOMA, and SIDNEY GILMAN,<br><br>                                        Defendants. | No. 12-cv-9350(VM)<br>ECF Case<br><br>**AFFIDAVIT OF ATTORNEY RICHARD M. STRASSBERG PURSUANT TO LOCAL RULE 1.4** |

I, Richard M. Strassberg, hereby affirm:

1. I am an attorney duly admitted to practice law before the District Court of the Southern District of New York. I am a partner with the law firm of Goodwin Procter LLP, attorneys for defendant Mathew Martoma in the above-captioned action.

2. I submit this affidavit pursuant to Local Rule 1.4 in support of the Consent Order Granting Substitution of Attorney.

3. I am fully familiar with the facts set forth herein.

4. At this time, Mr. Martoma seeks to substitute Goodwin Procter LLP for its previous counsel Stillman & Friedman, P.C. because of Goodwin Procter LLP's expertise in the subject matter of this case.

5.  This case is currently in its preliminary stages. Plaintiffs David E. Kaplan, Roxy D. Sullivan, Lindsey Rankin, Michael S. Allen, Gary W. Muensterman, and Chi-Pin Hsu filed a complaint on December 21, 2012, and the court consolidated this case and *Jeannie A. Kiser v. S.A.C. Capital Advisors, L.P., et al.*, Case No. 13 Civ. 0149, on February 6, 2013. At this time, lead plaintiff(s), and lead counsel have not yet been appointed, and a consolidated class action complaint or amended complaint has not been filed. Mr. Martoma has not answered or moved as to the complaint.

Sworn to under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: New York
       April 3, 2013

SUSAN F. KALIN
Notary Public, State of New York
No. 01KA6245841
Qualified in New York County
Commission Expires August 8, 2015

_____
Attorney
Richard M. Strassberg (RS5141)

Sworn to before me this
3 day of April, 2013

_____
Notary Public