AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| David E. Kaplan, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 12 Civ. 9350 (VM) |
| S.A.C. Capital Advisors, L.P., et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mathew Martoma                                                                                                            .

Date:   04/17/2013                                         /s/ Roberto M. Braceras
                                                                     *Attorney's signature*

                                                                     Roberto M. Braceras (RB2470)
                                                                     *Printed name and bar number*

                                                                     Goodwin Procter LLP
                                                                     53 State Street
                                                                     Boston, MA 02109-2802
                                                                     *Address*

                                                                     RBraceras@goodwinprocter.com
                                                                     *E-mail address*

                                                                     (617) 570-1000
                                                                     *Telephone number*

                                                                     (617) 523-1231
                                                                     *FAX number*

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                               /s/ Roberto Braceras