USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------X
DAVID E. KAPLAN, ROXY D.                :
SULLIVAN, LINDSEY RANKIN,               :
MICHAEL S. ALLEN, GARY W.               :
MUENSTERMAN, and CHI-PIN                :    12 Cv. 9350 (VM)
HSU, Individually and on                :
Behalf of All Others                    :    **ORDER**
Similarly Situated,                     :
                                        :
            Plaintiffs,                 :
                                        :
      - against -                       :
                                        :
S.A.C. CAPITAL ADVISORS, L.P.,          :
S.A.C. CAPITAL ADVISORS, INC.,          :
CR INTRINSIC INVESTORS, LLC,            :
STEVEN A. COHEN, MATHEW MARTOMA,        :
and SIDNEY GILMAN,                      :
                                        :
            Defendants.                 :
----------------------------------X
BIRMINGHAM RETIREMENT AND               :
RELIEF SYSTEM, Individually             :
and on Behalf of All Others             :
Similarly Situated,                     :
                                        :
            Plaintiffs,                 :
                                        :
      - against -                       :
                                        :
S.A.C. CAPITAL ADVISORS, LLC,,          :
S.A.C. CAPITAL ASSOCIATES, LLC,         :
INTERNATIONAL EQUITIES, LLC             :
S.A.C. SELECT FUND, LLC                 :
CR INTRINSIC INVESTORS, LLC,            :
STEVEN A. COHEN, MATHEW MARTOMA,        :
CR INTRINSIC INVESTMENTS, LLC           :
and SIDNEY GILMAN,                      :
                                        :
            Defendants.                 :
----------------------------------X

**VICTOR MARRERO**, United States District Judge.

ORDER APPOINTING CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM AS LEAD PLAINTIFF AND APPROVING ITS SELECTION OF COUNSEL

Plaintiff City of Birmingham Retirement and Relief System has filed a motion for appointment of lead plaintiff and appointment of lead counsel pursuant to the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995. Upon consideration of the motion and the memorandum and declaration in support, the Court finds good cause to appoint City of Birmingham Retirement and Relief System as Lead Plaintiff, and the law firm Scott+Scott, Attorneys at Law, LLP as Lead Counsel for the class. Accordingly, it is hereby

**ORDERED** that City of Birmingham Retirement and Relief System is appointed as Lead Plaintiff for the class pursuant to Section 21D(a)(3) of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995; and it is further

**ORDERED** that the law firm of Scott+Scott, Attorneys at Law, LLP is appointed as Lead Counsel for the class, pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

SO ORDERED.

Dated:   New York, New York
         17 June 2013

                                        Victor Marrero
                                           U.S.D.J.

3