UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID E. KAPLAN, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>S.A.C. CAPITAL ADVISORS, L.P., et al.,<br><br>                    Defendants. | 1:12-cv-09350-VM-KNF |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that TAMAR A. WEINRIB of Pomerantz Grossman Hufford Dahlstrom & Gross LLP, hereby enters an appearance as counsel in the above-captioned action on behalf of Plaintiffs, and requests that she be served with all future pleadings.

Dated: New York, New York
       June 21, 2013

**POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP**

By:   /s/ *Tamar A. Weinrib*          .
      Tamar A. Weinrib
      600 Third Avenue, 20th Floor
      New York, New York 10016
      Telephone: 212-661-1100
      Facsimile: 917-463-0144
      Email: taweinrib@pomlaw.com