UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

DAVID E. KAPLAN, et al.,

                 Plaintiffs,

               - against -

S.A.C. CAPITAL ADVISORS, L.P., et al.,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

No. 12 Civ. 9350 (VM) (KNF) (Kaplan)

**ECF CASE**

## NOTICE OF PLAINTIFFS' MOTION FOR
## RELIEF FROM PSLRA DISCOVERY STAY

      PLEASE TAKE NOTICE that, pursuant to Section 21D(b)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(b)(3)(B), Lead Plaintiffs David E. Kaplan, Roxy D. Sullivan, Lindsey Rankin, Michael S. Allen and Chi-Pin Hsu, together with plaintiff Gary W. Muensterman (collectively, the "*Kaplan* Plaintiffs"), hereby move this Court on a date and at such time as may be designated by the Court, at the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, for an Order granting relief from the PSLRA discovery stay.

      This Motion is based on the accompanying Memorandum of Law in support thereof, the Declaration of Ethan D. Wohl dated June 24, 2013, and exhibits annexed thereto, all prior pleadings and proceedings herein, and such other written or oral argument as may be permitted by the Court.

- 2 -

Dated:  New York, New York
       June 24, 2013

Respectfully submitted,

**WOHL & FRUCHTER LLP**

By: ___/s/ Ethan Wohl___
   Ethan D. Wohl
   Krista T. Rosen
   Sara J. Wigmore
570 Lexington Avenue, 16th Floor
New York, New York  10022
Telephone: (212) 758-4000
Facsimile: (212) 758-4004

Marc I. Gross
Jason S. Cowart
Emma Gilmore
**POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP**
600 Third Avenue, 20th Floor
New York, New York  10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

*Attorneys for the* Kaplan *Plaintiffs and Co-Lead Counsel for the Proposed Elan Investor Class*