USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DAVID E. KAPLAN, ROXY D. SULLIVAN,
LINDSEY RANKIN, MICHAEL S. ALLEN,
GARY W. MUENSTERMAN, and CHI-PIN HSU,
Individually and on Behalf of All Others Similarly
Situated,

                Plaintiffs,

   -against-

S.A.C. CAPITAL ADVISORS, L.P., S.A.C.
CAPITAL ADVISORS, INC., CR INTRINSIC
INVESTORS, LLC, CR INTRINSIC
INVESTMENTS, LLC, S.A.C. CAPITAL
ADVISORS, LLC, S.A.C. CAPITAL
ASSOCIATES, LLC, S.A.C. INTERNATIONAL
EQUITIES, LLC, S.A.C. SELECT FUND, LLC,
STEVEN A. COHEN, MATHEW MARTOMA,
and SIDNEY GILMAN,

                Defendants.
------------------------------------------------------------------X

**ORDER**
12 Civ. 9350 (VM)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    The Court has considered the plaintiffs' motion for an order granting them relief from the Private Securities Litigation Reform Act of 1995 ("PSLRA") discovery stay, 15 U.S.C. § 78u-4(b)(3)(B), and all the papers submitted in connection therewith. As a result, the Court has determined to grant the motion in part, and deny it in part. Therefore,

    IT IS HEREBY ORDERED that:

1.    the PSLRA discovery stay is modified for the limited purpose of allowing the plaintiffs to obtain all document discovery now or hereafter produced to the defendants by the Securities and Exchange Commission and the United States Attorney's Office for the Southern District of New York in connection with *United States v. Martoma*, No. 12 Cr. 973 (PGG) and *SEC v. CR Intrinsic*

*Investors, LLC*, No. 12 Civ. 8466 (VM);

2. the plaintiffs' request for relief from the PSLRA discovery stay with respect to trading records evidencing Defendants' trades in Elan Corporation, plc securities during the class periods set forth in the Consolidated Class Action Complaint, dated May 13, 2013, is denied; and

3. subject to the plaintiffs' prior entry into a protective order in a form reasonably acceptable to the defendants and the government, the defendants are directed to produce to the plaintiffs within fourteen (14) days of entry of this order the discovery materials described in paragraph 1 above that are in their possession, and shall produce any such materials thereafter received by them within seven (7) days after their receipt of such materials.

4. This order resolves the motion appearing at Docket entry No. 73.

Dated: New York, New York
July 19, 2013

SO ORDERED:

*/s/ Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE