```
                                        USDC SDNY
                                        DOCUMENT
UNITED STATES DISTRICT COURT            ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK           DOC #: _____
                                        DATE FILED: 8/8/13
------------------------------X
DAVID E. KAPLAN, et al.,      :
                              :
              Plaintiffs,     :      12 Cv. 9350 (VM)
                              :
                              :          ORDER
      - against -             :
                              :
S.A.C. CAPITAL                :
ADVISORS, L.P., et al.,       :
                              :
              Defendants.     :
------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

ORDER APPOINTING DAVID E. KAPLAN, MICHAEL S. ALLEN, CHI-PIN HSU, GARY W. MUENSTERMAN, and FRED M. ROSS AS LEAD PLAINTIFFS AND APPROVING THEIR SELECTION OF COUNSEL

Plaintiffs David E. Kaplan, Michael S. Allen, Chi-Pin Hsu, Gary W. Muensterman, and Fred M. Ross have filed a motion for appointment of lead plaintiff and appointment of lead counsel pursuant to the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995. (See Dkt. No. 85.) Upon consideration of the motion and the memorandum and declarations in support, the Court finds good cause to appoint David E. Kaplan, Michael S. Allen, Chi-Pin Hsu, Gary W. Muensterman, and Fred M. Ross as Lead Plaintiffs, and the law firms of Wohl & Fruchter LLP and Pomerantz Grossman Hufford Dahlstrom & Gross LLP as Co-Lead Counsel for the class.

Accordingly, it is hereby

**ORDERED** that David E. Kaplan, Michael S. Allen, Chi-Pin Hsu, Gary W. Muensterman, and Fred M. Ross are appointed as Lead Plaintiffs for the class pursuant to Section 21D(a)(3) of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995; and it is further

**ORDERED** that the law firms of Wohl & Fruchter LLP and Pomerantz Grossman Hufford Dahlstrom & Gross LLP are appointed as Co-Lead Counsel for the class, pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

**SO ORDERED.**

Dated:    New York, New York
          8 August 2013

                                    Victor Marrero
                                    U.S.D.J.