UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID E. KAPLAN, ROXY D. SULLIVAN, LINDSEY RANKIN, MICHAEL S. ALLEN, GARY W. MUENSTERMAN, and CHI-PIN HSU, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>vs.<br><br>S.A.C. CAPITAL ADVISORS, L.P., S.A.C. CAPITAL ADVISORS, INC., CR INTRINSIC INVESTORS, LLC, CR INTRINSIC INVESTMENTS, LLC, S.A.C. CAPITAL ADVISORS, LLC, S.A.C. CAPITAL ASSOCIATES, LLC, S.A.C. INTERNATIONAL EQUITIES, LLC, S.A.C. SELECT FUND, LLC, STEVEN A. COHEN, MATHEW MARTOMA, and SIDNEY GILMAN,<br><br>     Defendants. | No. 1:12-cv-09350-VM<br><br>Order FOR ADMISSION PRO HAC VICE<br><br> |
| **This Document Relates to:** | |
| BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>vs.<br><br>S.A.C. CAPITAL ADVISORS, LLC, S.A.C. CAPITAL ASSOCIATES, LLC, S.A.C. INTERNATIONAL EQUITIES, LLC, S.A.C SELECT FUND, LLC, CR INTRINSIC INVESTORS, LLC, STEVEN A. COHEN, MATHEW MARTOMA, CR INTRINSIC INVESTMENTS, LLC and SIDNEY GILMAN,<br><br>     Defendants. | No. 1:13-cv-02459-VM |

The motion of David P. Abel, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of South Carolina; and that his contact information is as follows:

Applicant's Name: David P. Abel
Firm Name: Motley Rice LLC
Address: 28 Bridgeside Blvd.
City / State / Zip: Mount Pleasant, SC 29464
Telephone / Fax: 843-216-9000 / 843-216-9450

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for movant KBC Asset Management NV in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 26 December 2013

Victor Marrero
United States District/Magistrate Judge