UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID E. KAPLAN, et al.,<br><br>            Plaintiffs,<br><br>    - against -<br><br>S.A.C. CAPITAL ADVISORS, L.P., et al.,<br><br>            Defendants. | No. 12 Civ. 9350 (VM) (KNF)<br><br>ECF Case |
| BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, et al.,<br><br>            Plaintiffs,<br><br>    - against -<br><br>S.A.C. CAPITAL ADVISORS, L.P., et al.,<br><br>           Defendants. | No. 13 Civ. 2459 (VM) (KNF)<br><br>Oral Argument Requested |

**NOTICE OF MOTION TO DISMISS**
**THE JOINT CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

      PLEASE TAKE NOTICE THAT, upon the pleadings and papers in this matter, and the accompanying Declaration of Jonathan H. Hurwitz together with its exhibits, defendants S.A.C. Capital Advisors, L.P., S.A.C. Capital Advisors, Inc., CR Intrinsic Investors, LLC, CR Intrinsic Investments, LLC, S.A.C. Capital Advisors, LLC, S.A.C. Capital Associates, LLC, S.A.C. International Equities, LLC, S.A.C. Select Fund, LLC and Steven A. Cohen will move this Court, before the Honorable Victor Marrero, at a date and time to be determined by the Court, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing with prejudice all claims asserted against them in the Joint Consolidated Amended Class Action

Complaint filed March 7, 2014, ECF No. 127.  The grounds for this motion are set forth in the accompanying memorandum of law.

Dated:   New York, New York
         April 28, 2014

| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | WILLKIE FARR & GALLAGHER LLP |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Daniel J. Kramer<br>Michael E. Gertzman<br>Audra J. Soloway<br>Jonathan H. Hurwitz | Martin B. Klotz<br>Michael S. Schachter<br>Sameer Advani |
| 1285 Avenue of the Americas<br>New York, NY 10019-6064<br>(212) 373-3000<br>dkramer@paulweiss.com<br>mgertzman@paulweiss.com<br>asoloway@paulweiss.com<br>jhurwitz@paulweiss.com | 787 Seventh Avenue<br>New York, NY 10019-6099<br>(212) 728-8102<br>mklotz@willkie.com<br>mschachter@willkie.com<br>sadvani@willkie.com |

*Attorneys for Defendants S.A.C. Capital Advisors, L.P., S.A.C. Capital Advisors, Inc., CR Intrinsic Investors, LLC, CR Intrinsic Investments, LLC, S.A.C. Capital Advisors, LLC, S.A.C. Capital Associates, LLC, S.A.C. International Equities, LLC, S.A.C. Select Fund, LLC and Steven A. Cohen*