UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DAVID E. KAPLAN, et al.,                 :
                                         :     12-cv-9350 (VM)
               Plaintiffs,               :
                                         :
     -against-                           :
                                         :
S.A.C. CAPITAL ADVISORS, L.P., et al.,   :
                                         :
               Defendants.               :
----------------------------------------X
BIRMINGHAM RETIREMENT AND RELIEF         :
SYSTEM, et al.                           :     13-cv-2459 (VM)
               Plaintiffs,               :
                                         :
     -against-                           :     **ORDER**
                                         :
S.A.C. CAPITAL ADVISORS, L.P., et al.,   :
                                         :
               Defendants.               :
----------------------------------------X

**VICTOR MARRERO, United States District Judge.**

In the Decision and Order issued by this Court on August 14, 2014 (Dkt. No. 152), the "Order" section on page twenty-six (26) erroneously states: "those transactions by the Wyeth Investor Class that occurred before July 15, 2013." Consistent with the Court's findings set forth on pages 20-21 of the Discussion section of the ruling, the corresponding text of the Order should read: "those transactions by the Wyeth Investor Class that occurred before July 15, 2008." Accordingly, it is hereby

**ORDERED** that the "Order" section on page twenty-six (26) of this Court's Decision and Order dated August 14, 2014 (Dkt. No.

- 1 -

152) be amended to state "those transactions by the Wyeth Investor
Class that occurred before July 15, 2008."

**SO ORDERED.**

Dated:     New York, New York
           August 15, 2014

                                           Victor Marrero
                                             U.S.D.J.