PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER
(212) 373-3020

WRITER'S DIRECT FACSIMILE
(212) 492-0020

WRITER'S DIRECT E-MAIL ADDRESS
dkramer@paulweiss.com

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

August 27, 2014

**By Facsimile**

Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/14

*Kaplan v. S.A.C. Capital Advisors, L.P.*, No. 12 Civ. 9350

Dear Judge Marrero:

Please find enclosed a courtesy copy of a Stipulation and [Proposed] Order Extending Defendants' Time To File Answers, which we have submitted to the Orders and Judgments Clerk. We would be pleased to answer any questions.

Respectfully Submitted,

Daniel J. Kramer /P.A.P.

cc: All counsel (by email)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID E. KAPLAN, et al.,<br><br>Plaintiffs,<br><br>- against -<br><br>S.A.C. CAPITAL ADVISORS, L.P., et al.,<br><br>Defendants. | No. 12 Civ. 9350 (VM)<br>(KNF) |
| BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, et al.,<br><br>Plaintiffs,<br><br>- against -<br><br>S.A.C. CAPITAL ADVISORS, L.P., et al.,<br><br>Defendants. | No. 13 Civ. 2459 (VM)<br>(KNF) |

### STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO FILE ANSWERS

WHEREAS the Court issued an Opinion and Order denying in part Defendants' Motions to Dismiss the Joint Consolidated Amended Class Action Complaint (the "Complaint") on August 14, 2014;

WHEREAS Defendants currently have until August 28, 2014 to answer the Complaint;

WHEREAS Plaintiffs have indicated an intent, subject to the Court's approval, to file their Joint Consolidated Second Amended Class Action Complaint (the "Second Amended Complaint"), as discussed on the telephone conference with the Court held on August 19, 2014;

WHEREAS filing of the Second Amended Complaint will be without prejudice or waiver of any arguments Defendants may raise in a motion to dismiss;

WHEREAS Defendants' motion to dismiss the Second Amended Complaint is due September 22, 2014; Plaintiffs' opposition to Defendants' motion to dismiss is due October 14, 2014; and Defendants' reply in further support of their motion to dismiss is due October 28, 2014;

WHEREAS there have been no previous requests for an extension of time to answer;

WHEREAS the parties have conferred and agreed that Defendants need not answer the Complaint or the Second Amended Complaint until twenty (20) days after the Court rules on Defendants' motion to dismiss the Second Amended Complaint;

IT IS HEREBY ORDERED that Plaintiffs shall file their Second Amended Complaint, in the form tendered to Defendants on July 10, 2014, within three (3) business days after entry of this Order; and

IT IS HEREBY STIPULATED, AGREED and ORDERED that Defendants need not answer the Complaint or Second Amended Complaint until twenty (20) days after the Court rules on Defendants' motion to dismiss the Second Amended Complaint.

Dated: August 27, 2014
    New York, New York

PAUL, WEISS, RIFKIND, WHARTON       WILLKIE FARR & GALLAGHER LLP
  & GARRISON LLP

By: /s/ Daniel J. Kramer            By: /s/ Sameer Advani /OSS
    Daniel J. Kramer                    Martin B. Klotz
    Michael E. Gertzman                 Michael S. Schachter
    Audra J. Soloway                    Sameer Advani
    Jonathan H. Hurwitz

1285 Avenue of the Americas         787 Seventh Avenue
New York, New York 10019            New York, New York 10019
(212) 373-3000                      (212) 728-8102

*Counsel for Defendants S.A.C. Capital Advisors, L.P., S.A.C. Capital Advisors, Inc., CR Intrinsic*
*Investors, LLC, CR Intrinsic Investments, LLC, S.A.C. Capital Advisors, LLC, S.A.C. Capital*
*Associates, LLC, S.A.C. International Equities, LLC, S.A.C. Select Fund, LLC and*
*Steven A. Cohen*

3

Doc#: US1:9558671v5

Roberto M. Braceras
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

GOODWIN PROCTER LLP

By: _____
Richard M. Strassberg
John O. Farley
Daniel P. Roeser
Jessica Davis
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333

*Counsel for Defendant Mathew Martoma*

BRACEWELL & GIULIANI LLP

By: _____
Laurence A. Silverman
David R. Kolker
1251 Avenue of the Americas, 49th Floor
New York, New York 10020
Telephone: (212) 508-6100
Facsimile: (212) 508-6101

*Counsel for Defendant Sidney Gilman*

| | |
|---|---|
| SCOTT+SCOTT,<br>ATTORNEYS AT LAW, LLP | WOHL & FRUCHTER LLP |
| By: /s/ Tom Laughlin /EDW<br>Deborah Clark-Weintraub<br>Joseph P. Guglielmo<br>Tom Laughlin | By: /s/ Ethan Wohl<br>Ethan D. Wohl<br>Krista T. Rosen<br>Sara J. Wigmore |
| The Chrysler Building<br>40 Lexington Avenue, 40th Floor<br>New York, New York 10174<br>(212) 223-6444 | 570 Lexington Avenue, 16th Floor<br>New York, New York 10022<br>(212) 758-4000 |
| Gregg S. Levin<br>David P. Abel<br>MOTLEY RICE LLC<br>28 Bridgeside Boulevard<br>Mt. Pleasant, South Carolina 29464<br>(843) 216-9000 | Marc I. Gross<br>Tamar A. Weinrib<br>POMERANTZ LLP<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>(212) 661-1100 |
| *Co-Lead Counsel for the* Birmingham *Plaintiffs and the Wyeth Investor Class* | *Co-Lead Counsel for the* Kaplan *Plaintiffs and the Elan Investor Class* |

SO ORDERED: 27 August 2014

/s/ Victor Marrero
The Honorable Victor Marrero
U.S.D.J.

5

Doc#: US1:9558671v5