UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| DAVID E. KAPLAN, et al., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> - against - <br><br> S.A.C. CAPITAL ADVISORS, L.P., et al., <br><br> Defendants. | No. 12 Civ. 9350 (VM) (KNF) <br><br> ECF CASE |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, et al., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> - against - <br><br> S.A.C. CAPITAL ADVISORS, L.P., et al., <br><br> Defendants. | No. 13 Civ. 2459 (VM) (KNF) <br><br> ECF CASE |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**DECLARATION OF ETHAN D. WOHL IN OPPOSITION TO
SAC'S MOTION TO DISMISS PLAINTIFFS' RICO CLAIMS**

ETHAN D. WOHL, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of the law firm of Wohl & Fruchter LLP and a member of the Bar of this Court and submit this declaration in opposition to SAC's Motion to Dismiss Plaintiffs' RICO Claims, dated September 22, 2014 [ECF No. 164].

2. Attached hereto as Exhibit A is a true and correct copy of the Plea Agreement, dated November 1, 2013, in *United States v. S.A.C. Capital Advisors, L.P.*, No. 13 Cr. 541 (LTS).

- 2 -

     3.     Attached hereto as Exhibit B is a true and correct copy of a letter, dated August 1, 2014, from Daniel Kramer to Ethan Wohl.

     4.     Attached hereto as Exhibit C is a true and correct copy of a letter, dated August 5, 2014, from Ethan Wohl to Daniel Kramer.

     5.     Attached hereto as Exhibit D is a true and correct copy of the Government's Sentencing Memorandum filed April 3, 2014 in *United States v. S.A.C. Capital Advisors, L.P.*, No. 13 Cr. 541 (LTS) [ECF No. 30].

     6.     Attached hereto as Exhibit E is a true and correct copy of the Indictment filed December 21, 2012 in *United States v. Martoma*, No. 12 Cr. 973 (PGG) [ECF No. 7].

     I declare, under penalty of perjury, that the foregoing is true and correct.

Dated:  New York, New York
          October 14, 2014

                                        */s/ Ethan Wohl*
                                        Ethan D. Wohl