# WOHL & FRUCHTER LLP

570 LEXINGTON AVENUE, 16TH FLOOR
NEW YORK, NY 10022

T 212 758 4000
F 212 758 4004

www.wohlfruchter.com

ETHAN D. WOHL
direct 212 758 4097
ewohl@wohlfruchter.com

*RECEIVED FEB 20 2015 CHAMBERS OF KEVIN NATHANIEL FOX U.S. MAGISTRATE JUDGE*

*MEMO ENDORSED*

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 2/26/15*

February 20, 2015

**BY FACSIMILE**

Hon. Kevin Nathaniel Fox
U.S. District Court, S.D.N.Y.
40 Foley Square
New York, New York 10007

Re:   *Kaplan v. S.A.C. Capital Advisors, L.P.*, No. 12 Civ. 9350 (VM) (KNF) (All Actions)

Dear Judge Fox:

We write on behalf of all Plaintiffs to request the Court's approval of an extension of the fact discovery completion date, and related dates, provided in the now-operative Case Management Plan and Scheduling Order.

The now-operative schedule provides for a June 30, 2015 fact discovery completion date, and Plaintiffs request a three-month extension, to September 30, 2015, with a corresponding extension of the related deadlines calculated with reference thereto. No previous extension has been requested, and all Defendants consent to this request.

Plaintiffs submit that the extension requested hereby is warranted because Defendants produced roughly 11.5 million pages of documents between September and December 2014, and Plaintiffs seek to review those documents prior to commencing third party discovery and depositions.

Respectfully submitted,

*[signature]*

Ethan D. Wohl

cc:   All Counsel of Record (via email)

2/25/15
Application granted.
SO ORDERED.
*[signature]*
KEVIN NATHANIEL FOX, U.S.M.J.