UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DAVID E. KAPLAN, ROXY D. SULLIVAN,
LINDSEY RANKIN, MICHAEL S. ALLEN,
GARY W. MUENSTERMAN, and CHI-PIN HSU,
Individually and on Behalf of All Others Similarly
Situated,

                Plaintiffs,

                -against-

S.A.C. CAPITAL ADVISORS, L.P., S.A.C.
CAPITAL ADVISORS, INC., CR INTRINSIC
INVESTORS, LLC, CR INTRINSIC
INVESTMENTS, LLC, S.A.C. CAPITAL
ADVISORS, LLC, S.A.C. CAPITAL
ASSOCIATES, LLC, S.A.C. INTERNATIONAL
EQUITIES, LLC, S.A.C. SELECT FUND, LLC,
STEVEN A. COHEN, MATHEW MARTOMA,
and SIDNEY GILMAN,

                Defendants.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/15

**ORDER**
12 Civ. 9350 (VM)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

The defendants have requested that the Court compel the plaintiffs to produce "contracts, litigation funding agreements, other similar documents executed between their counsel and third parties relating to this case, and correspondence with those funders or third parties about this case (the 'Litigation Funding Documents')." The plaintiffs oppose the request.

The Court has considered the parties' submissions and has determined that it requires elucidation. Therefore, IT IS HEREBY ORDERED that, on or before May 25, 2015, the parties submit memoranda of law to the Court, with citation to binding case law that supports their respective positions.

Dated: New York, New York
        May 15, 2015

SO ORDERED:

*[signature]*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE