UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID E. KAPLAN, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>vs.<br><br>S.A.C. CAPITAL ADVISORS, L.P., et al.,<br><br>       Defendants. | No. 1:12-cv-09350 (VM) (KNF)<br><br>ECF CASE<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Joshua Littlejohn, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for movant KBC Asset Management NV in the above-captioned action.

I am in good standing of the bar of the state of South Carolina and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:  July 10, 2015        Respectfully submitted,

                 */e/ Joshua Littlejohn*
                 Applicant's Signature

                 Applicant's Name:  Joshua Littlejohn
                 Firm Name:  Motley Rice LLC
                 Address:  28 Bridgeside Blvd.
                 City/State/Zip:  Mount Pleasant, SC 29464
                 Telephone/Fax:  843-216-9000 / 843-216-9450
                 Email:  jlittlejohn@motleyrice.com