USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DAVID E. KAPLAN, et al.,              :
                                      :    12-cv-9350 (VM)
               Plaintiffs,            :
                                      :
     -against-                        :
                                      :
S.A.C. CAPITAL ADVISORS, L.P., et al., :
                                      :
               Defendants.            :
------------------------------------X
BIRMINGHAM RETIREMENT AND RELIEF      :
SYSTEM, et al.                        :    13-cv-2459 (VM)
               Plaintiffs,            :
                                      :
     -against-                        :    **<u>ORDER</u>**
                                      :
S.A.C. CAPITAL ADVISORS, L.P., et al., :
                                      :
               Defendants.            :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

On June 26, 2015, Magistrate Judge Fox issued an Order
("June 26 Order") granting Plaintiffs' motion to compel the
production of documents concerning the indemnification of
individual defendant Matthew Martoma ("Martoma") by S.A.C.
Capital Advisors, L.P., and its affiliates (collectively,
"S.A.C. Defendants"). On July 10, 2015, Martoma filed his
objections to the June 26 Order with this Court (Dkt. No.
201) and filed a motion (Dkt. No. 199) for a stay of the June
26 Order until the final disposition of his objections. The

S.A.C. Defendants joined in Martoma's objections and request for a stay. (Dkt. No. 202.)

### ORDER

Plaintiffs are hereby

**ORDERED** to show cause by July 16, 2015, why a stay of the June 26 Order until the final disposition of Martoma's and the S.A.C. Defendants' objections relating to the production of indemnification documents should not be granted.

**SO ORDERED.**

Dated:     New York, New York
           July 14 2015


                                        Victor Marrero
                                           U.S.D.J.