UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DAVID E. KAPLAN, et al., | : | |
| Plaintiffs, | : | No. 12 Civ. 9350 (VM) (KNF) |
| | : | (All Actions) |
| - against - | : | |
| | : | ECF CASE |
| S.A.C. CAPITAL ADVISORS, L.P., et al., | : | |
| Defendants. | : | |
| BIRMINGHAM RETIREMENT AND RELIEF SYSTEM et al., | : | |
| Plaintiffs, | : | No. 13 Civ. 2459 (VM) (KNF) |
| - against - | : | |
| | : | ECF CASE |
| S.A.C. CAPITAL ADVISORS, L.P., et al., | : | |
| Defendants. | : | |

**NOTICE OF VOLUNTARY DISMISSAL
AS TO DEFENDANT SIDNEY GILMAN**

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss their claims against Defendant Sidney Gilman in the above-captioned actions, without prejudice.

Dated: New York, New York
September 29, 2015

| **SCOTT+SCOTT,** **ATTORNEYS AT LAW, LLP** | **WOHL & FRUCHTER LLP** |
|---|---|

By: *Deborah Clark-Weintraub* /EDW
    Deborah Clark-Weintraub
    Max R. Schwartz
    Tom Laughlin
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, New York 10174
Telephone: (212) 223-6444

Gregg S. Levin
David P. Abel
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464
Telephone: (843) 216-9000

*Co-Lead Counsel for the* Birmingham *Plaintiffs and the Proposed Wyeth Investor Classes*

By: *Ethan Wohl*
    Ethan D. Wohl
    Krista T. Rosen
    Sara J. Wigmore
570 Lexington Avenue, 16th Floor
New York, New York 10022
Telephone: (212) 758-4000

Marc I. Gross
Michele S. Carino
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100

*Co-Lead Counsel for the* Kaplan *Plaintiffs and the Proposed Elan Investor Classes*