UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID E. KAPLAN, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>S.A.C. CAPITAL ADVISORS, L.P., et al.,<br><br>　　　　　　　　　　Defendants. | No. 1:12-cv-09350 (VM) (KNF)<br><br>ECF CASE |

**NOTICE OF MOTION FOR AN ORDER DIRECTING THE WITHDRAWAL OF DAVID P. ABEL AS COUNSEL**

TO:　THE CLERK OF COURT AND ALL PARTIES OF RECORD:

　　　PLEASE TAKE NOTICE that upon the accompanying moving declaration of Gregg S. Levin, dated February 5, 2016, the undersigned hereby moves the Court, pursuant to Local Civil Rule 1.4, for an Order directing the withdrawal of David P. Abel as counsel of record for lead plaintiff KBC Asset Management NV in this case.

Dated:  February 5, 2016　　　　　MOTLEY RICE LLC

　　　　　　　　　　　　　　　　By: /s/ Gregg S. Levin

　　　　　　　　　　　　　　　　Gregg S. Levin
　　　　　　　　　　　　　　　　MOTLEY RICE LLC
　　　　　　　　　　　　　　　　28 Bridgeside Blvd.
　　　　　　　　　　　　　　　　Mt. Pleasant, SC  29464
　　　　　　　　　　　　　　　　Tel.:  (843) 216-9000
　　　　　　　　　　　　　　　　glevin@motleyrice.com

　　　　　　　　　　　　　　　　William H. Narwold
　　　　　　　　　　　　　　　　One Corporate Center
　　　　　　　　　　　　　　　　20 Church Street, 17th Floor
　　　　　　　　　　　　　　　　Hartford, CT  06103
　　　　　　　　　　　　　　　　Tel.:  (860) 882-1676
　　　　　　　　　　　　　　　　bnarwold@motleyrice.com

　　　　　　　　　　　　　　　　*Counsel for Lead Plaintiff KBC Asset Management NV*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Motion for an Order Directing the Withdrawal of David P. Abel as Counsel was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record on February 5, 2016.

        MOTLEY RICE LLC

        By: /s/ *Gregg S. Levin*

        Gregg S. Levin
        MOTLEY RICE LLC
        28 Bridgeside Blvd.
        Mt. Pleasant, SC  29464
        Tel.:  (843) 216-9000
        glevin@motleyrice.com

        *Counsel for Lead Plaintiff KBC Asset Management NV*