**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID E. KAPLAN, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>S.A.C. CAPITAL ADVISORS, L.P., et al.,<br><br>                    Defendants. | No. 1:12-cv-09350 (VM) (KNF)<br><br>ECF CASE |

**DECLARATION OF GREGG S. LEVIN**
**IN SUPPORT OF MOTION FOR AN ORDER DIRECTING THE**
**WITHDRAWAL OF DAVID P. ABEL AS COUNSEL FOR LEAD PLAINTIFFS**

I, Gregg S. Levin, declare as follows:

1.      I am a member at Motley Rice LLC ("Motley Rice"), counsel for Lead Plaintiff KBC Asset Management NV ("KBC") in this action. I make this declaration in support of a motion to withdraw David P. Abel as counsel for KBC in this action.

2.      David P. Abel appeared as counsel on behalf of KBC. Mr. Abel resigned from Motley Rice on January 30, 2016. The other attorneys at Motley Rice who have appeared in this case for KBC (William H. Narwold, Gregg S. Levin, Joshua Littlejohn and Meredith B. Miller) will continue their representation of KBC in this matter.

3.      Accordingly, I respectfully request, pursuant to Local Civil Rule 1.4, that the Court issue an Order directing the withdrawal of David P. Abel as counsel for KBC.

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 5, 2016    MOTLEY RICE LLC

By: /s/ *Gregg S. Levin*

Gregg S. Levin
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Tel.:  (843) 216-9000
glevin@motleyrice.com

*Counsel for Lead Plaintiff KBC Asset Management NV*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Declaration of Gregg S. Levin in Support of Motion for an Order Directing the Withdrawal of David P. Abel as Counsel was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record on February 5, 2016.

                MOTLEY RICE LLC

                By: /s/ *Gregg S. Levin*

                Gregg S. Levin
                MOTLEY RICE LLC
                28 Bridgeside Blvd.
                Mt. Pleasant, SC  29464
                Tel.:  (843) 216-9000
                glevin@motleyrice.com

                *Counsel for Lead Plaintiff KBC Asset Management NV*