UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
BIRMINGHAM RETIREMENT AND RELIEF  :
SYSTEM, et al., Individually and on Behalf of All  :
Others Similarly Situated,  :  No. 13 Civ. 2459 (VM) (KNF)
 :  No. 12 Civ. 9350 (VM) (KNF)
                              Plaintiffs,  :
 :  ECF CASE
v.  :
 :
S.A.C. CAPITAL ADVISORS, L.P., et al.,  :
 :
                              Defendants.  :
 :
 :
------------------------------------x

TO:   THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Lead Plaintiffs City of Birmingham Retirement and Relief System ("Birmingham") and KBC Asset Management NV ("KBC") (collectively, "Wyeth Lead Plaintiffs") will, and hereby do, move the Court, before the Honorable Victor Marrero, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for Supplemental Order:

(1)   Revising the notice plan;

(2)   Increasing the amount allocated for claims administration and notice costs; and

(3)   Setting a new date for the final approval hearing.

Defendants have indicated that they do not oppose this Motion. This Motion is based upon the Lead Plaintiff's accompanying Memorandum of Law in support thereof and the Declaration of Max R. Schwartz. A proposed Supplemental Order is attached hereto as Exhibit A.

Dated:  April 26, 2016
        New York, New York

| MOTLEY RICE LLC | SCOTT + SCOTT,<br>    ATTORNEYS AT LAW, LLP |
|---|---|
| By: /s/ Gregg S. Levin<br>    Gregg S. Levin<br>    David P. Abel<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC  29464<br>Tel:    (843) 216-9000<br>glevin@motleyrice.com<br>dabel@motleyrice.com<br><br>-and-<br><br>William H. Narwold<br>One Corporate Center<br>20 Church St., 17th Floor<br>Hartford, CT  06103<br>Tel:    (860) 882-1676<br>bnarwold@motleyrice.com<br><br>*Lead Counsel and Counsel for Wyeth Lead Plaintiffs Birmingham Retirement and Relief System and KBC Asset Management NV* | By: /s/ Max R. Schwartz<br>    Deborah Clark-Weintraub<br>    Max R. Schwartz<br>    Thomas L. Laughlin<br>The Chrysler Building<br>405 Lexington Avenue, 40th Floor<br>New York, NY 10174<br>Tel:    (212) 223-6444<br>dweintraub@scott-scott.com<br>mschwartz@scott-scott.com<br>tlaughlin@scott-scott.com<br><br>*Lead Counsel and Counsel for Wyeth Lead Plaintiffs Birmingham Retirement and Relief System and KBC Asset Management NV* |

*- All Wyeth Lead Plaintiffs' counsel consent to the use of their electronic signatures. -*