UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID E. KAPLAN, et al.,

        Plaintiffs,

        - against -

S.A.C. CAPITAL ADVISORS, L.P., et al.,

        Defendants.

No. 12 Civ. 9350 (JGK) (KNF)

## DECLARATION OF GEOFFREY CHEPIGA

        I, Geoffrey Chepiga, am a lawyer at Paul, Weiss, Rifkind, Wharton & Garrison LLP, attorneys for Defendants S.A.C. Capital Advisors, L.P., Point72 Capital Advisors, Inc., CR Intrinsic Investors, LLC, CR Intrinsic Investments, LLC, S.A.C. Capital Advisors, LLC, Point72 Associates, LLC, Point72 Strategies, LLC, Point72 Select Investments, LLC, and Steven A. Cohen (the "SAC Defendants") in this case. I submit this declaration in support of the SAC Defendants' Motions to Exclude Testimony of Gregg Jarrell, Larry A. Kimmel, Jan D. Wallace, and Arcady Zaydenverg, and declare as follows:

        1.     Attached hereto as Exhibit 1 is the Rebuttal Declaration of Gregg A. Jarrell, dated October 27, 2015.

        2.     Attached hereto as Exhibit 2 is the Expert Report of Gregg A. Jarrell, dated December 4, 2015.

        3.     Attached hereto as Exhibit 3 is the Expert Report of Larry A. Kimmel, dated December 6, 2015.

        4.     Attached hereto as Exhibit 4 is the Rebuttal Expert Report of Larry A. Kimmel, dated January 22, 2016.

5.      Attached hereto as Exhibit 5 is the Expert Report of Jan D. Wallace, dated December 4, 2015.

6.      Attached hereto as Exhibit 6 is the Expert Report of Arcady Zaydenverg, dated December 4, 2015.

7.      Attached hereto as Exhibit 7 is the Corrected Rebuttal Expert Report of Paul S. Atkins, dated February 22, 2016.

8.      Attached hereto as Exhibit 8 is the Declaration of Professor Allen Ferrell, dated August 27, 2015.

9.      Attached hereto as Exhibit 9 is the Supplemental Declaration of Professor Allen Ferrell, dated November 18, 2015.

10.     Attached hereto as Exhibit 10 is the Rebuttal Report of Professor Allen Ferrell, dated January 22, 2016.

11.     Attached hereto as Exhibit 11 is the Expert Rebuttal Report of Boris Onefater, dated January 22, 2016.

12.     Attached hereto as Exhibit 12 is the Expert Report of Marianne K. Smythe, dated December 3, 2015.

13.     Attached hereto as Exhibit 13 are excerpts of the deposition of Dr. Sidney Gilman, taken on October 14 and 16, 2015.

14.     Attached hereto as Exhibit 14 are excerpts of the deposition of Dr. Lars Ekman, taken on November 4, 2015.

15.     Attached hereto as Exhibit 15 are excerpts of the deposition of Dr. Jan D. Wallace, taken on February 19, 2016.

16.     Attached hereto as Exhibit 16 are excerpts of the deposition of Arcady Zaydenverg, taken on February 25, 2016.

17.     Attached hereto as Exhibit 17 are excerpts of the deposition of Larry A. Kimmel, taken on March 10, 2016.

18.     Attached hereto as Exhibit 18 are excerpts of the deposition of Gregg A. Jarrell, taken on March 11, 2016.

19.     Attached hereto as Exhibit 19 is a transcript of "Elan Corporation, PLC at JPMorgan 25th Annual Healthcare Conference," dated January 9, 2007.

20.     Attached hereto as Exhibit 20 is a Bloomberg Transcript of Elan's Q3 2006 Earnings Call, dated October 25, 2006.

21.     Attached hereto as Exhibit 21 is a stock analyst report titled "Insult To Injury: 2 New PML Cases Reported in Tysabri Patients," dated August 1, 2008.

22.     Attached hereto as Exhibit 22 is a stock analyst report titled "Starting Points," dated June 17, 2008.

23.     Attached hereto as Exhibit 23 is a stock analyst report titled "The Matrix Reloaded," dated August 6, 2008.

24.     Attached hereto as Exhibit 24 is a stock analyst report titled "Top-line bapineuzumab data released – book those flights to Chicago," dated June 17, 2008.

25.     Attached hereto as Exhibit 25 is a stock analyst report titled "ELN: 2 new PML cases may limit Tysabri use to severe MS," dated August 1, 2008.

26.     Attached hereto as Exhibit 26 is an e-mail chain between Dr. Sidney Gilman and Dr. Enchi Liu with the subject line: "SMC for AAB-001," dated June 5, 2007.

27.    Attached hereto as Exhibit 27 is a stock analyst report titled "Tysabri demand to drive top-line, going forward," dated August 4, 2008.

28.    Attached hereto as Exhibit 28 is a stock analyst report titled "Expect Volatility with Tysabri Updates," dated August 6, 2008.

29.    Attached hereto as Exhibit 29 is an Elan press release titled "Elan and Wyeth Announce Encouraging Top-line Results from Phase 2 Clinical Trial of Bapineuzumab for Alzheimer's Disease," dated June 17, 2008.

30.    Attached hereto as Exhibit 30 is an Elan press release titled "Elan and Wyeth to Initiate Phase 3 Clinical Trial of Bapineuzumab (AAB-001) in Alzheimer's Disease," dated May 21, 2007.

31.    Attached hereto as Exhibit 31 is an Elan press release titled "Elan and Wyeth Present Encouraging Results from Phase 2 Clinical Trial of Bapineuzumab at International Conference on Alzheimer's Disease," dated July 29, 2008.

32.    Attached hereto as Exhibit 32 is an e-mail chain between Katie Lyndon and Mathew Martoma with the subject line: "Elan Corp – Key Alzheimer's data read encouraging," dated June 17, 2008.

33.    Attached hereto as Exhibit 33 is a stock analyst report titled "Where next?" dated August 1, 2008.

34.    Attached hereto as Exhibit 34 is a stock analyst report titled "ELN: Lowering Price Target to $34 and Reducing Tysabri Value," dated August 5, 2008.

35.    Attached hereto as Exhibit 35 is an article titled "Trading Volume Around Earnings Announcements and Other Financial Reports: Theory, Research Design, Empirical Evidence, and Directions for Future Research," authored by Linda Smith Bamber, Orie E.

Barron, and Douglas E. Stevens, and appearing in the Summer 2011 issue of Contemporary

Accounting Research.

       36.    Attached hereto as Exhibit 36 is a letter from Ethan Wohl to Daniel

Kramer, Roberto Braceras, and Michael Hefter, dated July 2, 2015.

       37.    Attached hereto as Exhibit 37 is the Final Judgment as to Defendant CR

Intrinsic Investors, LLC, filed in *SEC* v. *CR Intrinsic Investors, LLC*, No. 12 Civ. 8466 (VM)

(S.D.N.Y. June 18, 2014) (ECF No. 60).

       38.    Attached hereto as Exhibit 38 is the Amended Complaint filed in *SEC* v.

*CR Intrinsic Investors, LLC*, No. 12 Civ. 8466 (VM) (S.D.N.Y. Mar. 15, 2013) (ECF No. 25).


       In accordance with 28 U.S.C. § 1746, I hereby declare under penalty of perjury

that the foregoing is true and correct to the best of my knowledge and belief.


Dated: New York, New York
      September 12, 2016


                               Geoffrey Chepiga