UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
DAVID E. KAPLAN, et al., Individually and on
Behalf of All Others Similarly Situated,

      Plaintiffs,      No. 12 Civ. 9350 (JGK) (KNF)

   - against -

S.A.C. CAPITAL ADVISORS, L.P., et al.,

      Defendants.
------------------------------------------------------x

## NOTICE OF PLAINTIFFS' FIRST *DAUBERT* MOTION: TO EXCLUDE CERTAIN EXPERT TESTIMONY AND OPINIONS OF PROFESSOR ALLEN FERRELL

  PLEASE TAKE NOTICE that Plaintiffs and Class Representatives Chi Pin Hsu, Gary W. Muensterman and Fred M. Ross, will move this Court, at a date and time to be determined by the Court, for an Order, pursuant to Federal Rule of Evidence 702, excluding certain expert testimony and opinions of Professor Allen Ferrell, and such other relief as the Court may deem just and proper.

  The grounds for this motion are set forth in the accompanying memorandum of law, and it is made upon the Declaration of Chad Johnson dated September 12, 2016, the exhibits annexed thereto, all prior pleadings and proceedings herein, and such other written or oral argument as may be permitted by the Court.

Dated: New York, New York
September 12, 2016

| | |
|---|---|
| Ethan D. Wohl<br>Krista T. Rosen<br>Sara J. Wigmore<br>**WOHL & FRUCHTER LLP**<br>570 Lexington Avenue, 16th Floor<br>New York, New York  10022<br>Telephone: (212) 758-4000<br><br>Marc I. Gross<br>Michele S. Carino<br>**POMERANTZ LLP**<br>600 Third Avenue, 20th Floor<br>New York, New York  10016<br>Telephone: (212) 661-1100 | **QUINN EMANUEL URQUHART &**<br>**SULLIVAN, LLP**<br><br>By: _/s/ Chad Johnson_<br>Kevin S. Reed<br>Chad Johnson<br>51 Madison Avenue, 22nd Floor<br>New York, New York  10010<br>Telephone: (212) 849-7000<br><br>-and-<br><br>William C. Price (admitted *pro hac vice*)<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California  90017<br>Telephone: (213) 443-3000 |

*Attorneys for Plaintiffs and Class Counsel*