UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

DAVID E. KAPLAN, et al., Individually and on
Behalf of All Others Similarly Situated,

                      Plaintiffs,

            - against -

S.A.C. CAPITAL ADVISORS, L.P., et al.,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

No. 12 Civ. 9350 (JGK) (KNF)

**PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND ENTRY OF CONDITIONAL ORDER OF DISMISSAL**

      PLEASE TAKE NOTICE that Class Representatives Chi Pin Hsu, Gary W. Muensterman and Fred M. Ross, and Lead Plaintiffs David E. Kaplan and Michael S. Allen, will move this Court, at a date and time to be determined by the Court, for Orders, pursuant to Federal Rule of Civil Procedure 23(e), (i) preliminarily approving a proposed settlement (the "Settlement") of the above-captioned action; (ii) directing that notice of the Settlement be provided to the previously-certified classes; (iii) scheduling a hearing to consider the fairness, reasonableness, and adequacy of the Settlement, the proposed plan of allocation for the Settlement proceeds, and applications for the award of attorneys' fees, reimbursement of expenses, and plaintiff compensatory awards; and (iv) dismissing Defendant Steven A. Cohen, to be effective upon the date that the Settlement becomes effective, together with such other and further relief as the Court may deem just and proper.

      The grounds for this motion are set forth in the accompanying memorandum of law, and it is made upon the Declaration of Ethan D. Wohl dated November 30, 2016, the exhibits

- 2 -

annexed thereto, all prior pleadings and proceedings had herein, and such other written or oral argument as may be permitted by the Court.

Dated: New York, New York
November 30, 2016

**WOHL & FRUCHTER LLP**

Marc I. Gross
Michele S. Carino
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

By: /s/ Ethan Wohl
Ethan D. Wohl
Krista T. Rosen
Sara J. Wigmore
570 Lexington Avenue, 16th Floor
New York, New York 10022
Telephone: (212) 758-4000
Facsimile: (212) 758-4004

*Class Counsel and Attorneys for Plaintiffs*