# WOHL & FRUCHTER LLP

570 LEXINGTON AVENUE, 16TH FLOOR
NEW YORK, NY 10022

T 212 758 4000
F 212 758 4004

www.wohlfruchter.com

ETHAN D. WOHL
direct 212 758 4097
ewohl@wohlfruchter.com

April 6, 2018

**BY ECF AND FAX**

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

Re:   *Kaplan v. S.A.C. Capital Advisors, L.P.*, No. 12 Civ. 9350 (NRB) (KNF)

Dear Judge Buchwald:

We are Class Counsel in the above-referenced action.  On March 21, 2018, we filed a Motion for Class Distribution Order (ECF Nos. 410-413, the "Motion").  We now write to request that the Motion be withdrawn.

Yesterday, a claimant contacted us and objected to an aspect of the methodology used to calculate claims under the Plan of Allocation, relating to the deduction of recoveries received from the Fair Fund in the related SEC enforcement action.  We have concluded that the objection has merit, and requires the recalculation of certain claims.

In addition, Defendants have informed us that in light of the earlier corrections referenced in Lead Plaintiff David Kaplan's letter to the Court of April 2, 2018, they believe an independent review of the claim determinations should be conducted.  In light of the meritorious objection referenced above, we now concur.

We will resubmit the Motion after the recalculations and independent review are completed.  We are available should the Court have questions regarding these matters.

Respectfully submitted,

Ethan Wohl

Ethan D. Wohl

cc:  Counsel of Record (via ECF)