UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

DAVID E. KAPLAN, et al., Individually and on Behalf of All Others Similarly Situated,

                Plaintiffs,

                - against -

S.A.C. CAPITAL ADVISORS, L.P., et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

No. 12 Civ. 9350 (NRB) (KNF)

### PLAINTIFFS' SUPPLEMENTAL SUBMISSION IN FURTHER SUPPORT OF RENEWED MOTION FOR CLASS DISTRIBUTION ORDER

      Class Representatives Chi Pin Hsu, Gary W. Muensterman and Fred M. Ross, and Lead Plaintiffs David E. Kaplan and Michael S. Allen respectfully make this supplemental submission in further support of their Renewed Motion for Class Distribution Order (ECF No. 418, the "Motion"). Capitalized terms not defined herein have the respective meanings ascribed in Plaintiffs' memorandum of law in support of the Motion (ECF No. 419).

      Upon filing the Motion, the Motion papers were posted on the Settlement website, together with a prominent notice advising that the deadline for submission of any opposition to the Motion was August 22, 2018 (the final day of the 14-day period provided for opposition under Local Civil Rule 6.1(b)). *See* Supp. Decl. of Ethan D. Wohl dated Aug. 23, 2018 ¶ 2 & Ex. 8.

      The period for opposition has now expired, and no objection has been filed with the Court or communicated to Class Counsel or the Claims Administrator with respect to the Motion or any of the Claim determinations submitted for approval therein. *Id.* ¶ 3.

- 2 -

For the reasons set forth in the Motion papers previously submitted, and in light of the absence of any objection thereto, Plaintiffs respectfully request that the Court enter the proposed Class Distribution Order in the form provided.

Dated: New York, New York
       August 23, 2018

Respectfully submitted,

**WOHL & FRUCHTER LLP**

| | |
|---|---|
| Marc I. Gross | |
| Michele S. Carino | By: _____/s/ Ethan Wohl_____ |
| **POMERANTZ LLP** | Ethan D. Wohl |
| 600 Third Avenue, 20th Floor | Krista T. Rosen |
| New York, New York 10016 | Sara J. Wigmore |
| Telephone: (212) 661-1100 | 570 Lexington Avenue, 16th Floor |
| Facsimile: (212) 661-8665 | New York, New York 10022 |
| | Telephone: (212) 758-4000 |
| | Facsimile: (212) 758-4004 |

*Class Counsel and Attorneys for Plaintiffs*