# WOHL & FRUCHTER LLP

570 LEXINGTON AVENUE, 16TH FLOOR
NEW YORK, NY 10022

T 212 758 4000
F 212 758 4004

www.wohlfruchter.com

ETHAN D. WOHL
direct 212 758 4097
ewohl@wohlfruchter.com

.

September 20, 2019

**BY ECF AND FAX**

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

Re:    *Kaplan v. S.A.C. Capital Advisors, L.P.*, No. 12 Civ. 9350 (NRB) (KNF)

Dear Judge Buchwald:

We are Class Counsel in the above-referenced action and write to advise the Court that administration of the settlement of the above-referenced matter (the "Settlement") has been completed and all Settlement funds have now been disbursed.

A summary of the funds received and disbursed in connection with the Settlement is as follows:

SOURCES

| | |
|---|---|
| Settlement Amount | $135,000,000.00 |
| Interest earned thereon | 359,898.05 |
| Settlement Fund Total | $135,359,898.05 |

USES (Orders Authorizing Disbursement)

| | |
|---|---|
| Distributions to Class Members (ECF Nos. 389, 425, 428) | $104,874,664.78 |
| Attorneys' Fees and Costs and *pro rata* interest thereon, as awarded by the Court (ECF No. 388 ¶¶ 4 & 4A) | 29,647,903.09 |
| Awards to Class Plaintiffs, as approved by the Court (ECF No. 388 ¶ 5) | 35,369.45 |
| Settlement administration fees and disbursements, as approved by the Court (ECF No. 425 ¶ 9) | 539,742.85 |
| Fees and expenses of EisnerAmper, as approved by the Court (ECF No. 425 ¶ 10) | 250,000.00 |
| Net Settlement Fund balance paid to designated charities (Robin Hood Foundation and Team Rubicon), as authorized by the Court (ECF No. 425 ¶ 8) | 12,217.88 |
| Total Payments | $135,359,898.05 |

Hon. Naomi Reice Buchwald                          **WOHL & FRUCHTER** LLP
September 20, 2019
Page 2

We and the Claims Administrator, A.B. Data, Ltd., certify that, to the best of our knowledge, all disbursements to Class Members were made in full compliance with the Plan of Allocation, and all other payments were made pursuant to specific authorization set forth in an Order of the Court.

We are available should the Court wish to receive further information concerning disbursements or other aspects of the Settlement, and we thank Your Honor for supervising the Settlement.

Respectfully submitted,

Ethan D. Wohl

AB DATA, LTD.

By:_____
    Eric Schachter, Vice President

cc: Counsel of Record (via ECF)